**After recording return to:**
United States Attorney
Attn: Financial Litigation Unit
501 I Street, Suite 10-100
Sacramento, CA 95814



ISSUED COPY

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

### ABSTRACT OF JUDGMENT

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

Case No. 1:06CV00840-OWW-SMS

Case Name: U.S.A. v. Su Vang, DDS

| Name and Address of Party against whom judgment has been obtained | Name of Party in whose favor judgment has been obtained |
|---|---|
| Su Vang, DDS<br>3481 E. Shields Ave.<br>Fresno, CA 93276<br><br>SSN: XXX-XX-9975 | UNITED STATES OF AMERICA |

| Amount of Judgment | Name of Creditor's Attorneys | When Docketed |
|---|---|---|
| TOTAL: $621,956.00<br><br>(The "original debt," which includes principal, accrued interest and late payment charges, if any) | McGREGOR W. SCOTT<br>United States Attorney<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Tel: (916) 554-2726 | November 6, 2007 |

I CERTIFY, That the foregoing is a correct Abstract of Judgment entered or registered by this Court.

Date: 6/23/2008

_Victoria C. Minor_, Clerk

By: _[signature]_, Deputy Clerk

U.S. District Court
2500 Tulare Street, Room 1501
Fresno, CA 73721